UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JEFF CHAUNCEY and TWO C's MARINE
HOLDINGS, LTD.,

          Plaintiffs,

-against-

H.O. PENN MACHINERY COMPANY, INC.,

          Defendant.

---

Case No. 7:23-cv-06239-CS

**NOTICE OF MOTION TO QUASH PLAINTIFFS' SUBPOENA DUCES TECUM AND AD TESTIFICANDUM**

> **SO ORDERED:**
> Under Local Civil Rule 6.1(a) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, any opposing papers must be served within seven days after service of the moving papers. To date, no opposition has been filed. Plaintiffs have until August 8, 2025 to file their opposition or the matter will be deemed fully submitted and unopposed.
>
> _/s/ Judith C. McCarthy_  8-4-25
> JUDITH C. McCARTHY
> United States Magistrate Judge

TO:    Adam M. Ludwin, Esq.
          LUDWIN LAW GROUP, P.A.
          85 S.E. 4th Avenue, Suite 108
          Delray Beach, FL 33483
          *Attorneys for Plaintiffs*

**COUNSEL:**

      **PLEASE TAKE NOTICE** that on August 25, 2025, the undersigned attorneys for non-party Caterpillar Inc., shall move before the Honorable Judith C. McCarthy, U.S.D.J., at the United States District Court for the Southern District of New York, 200 Quarropas Street, White Plains, New York 10601, for an Order Quashing Plaintiffs' Subpoena Duces Tecum and Ad Testificandum directed to Caterpillar Inc.

      **PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Caterpillar Inc. shall rely on the Memorandum of Law and Affidavit of Timothy R. Freeman, attached hereto. Caterpillar Inc. also submits herewith a proposed form of Order.

By:   /s/ Timothy R. Freeman

                            Timothy R. Freeman
                            **TANENBAUM KEALE LLP**
                            Attorney ID No. 4485017
                            100 Mulberry Street
                            Three Gateway Center, Suite 1301
                            Newark, New Jersey 07102
                            Tel. No. (973) 242-0002
                            Fax No. (973) 242-8099
                            *Attorneys for Non-Party Caterpillar Inc.*

Dated: July 23, 2025